*(A)15C, 5*

AKIN & SMITH, LLC
Derek T. Smith
305 Broadway
Suite 1101
New York, NY 10007
(212) 587-0760

PROSKAUER ROSE LLP
Neil H. Abramson
1585 Broadway
New York, New York 10036
(212) 969-3000
*Attorneys for Defendants*

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/23/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
MAYRA REGALADO by her father and natural
guardian LUIS REGALADO,

              Plaintiff,

against

PAX VENTURES LLC A.K.A.
PAX WHOLESOME FOODS, AND
SINGH SHAMINDER Individually,

              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

08 Civ. 4522 (PKC) (KNF)

ECF CASE

**STIPULATION AND**
~~PROPOSED ORDER~~

IT IS HEREBY STIPULATED AND AGREED, by and between counsel to the parties in the above-captioned action, that the time within which Defendants Pax Ventures LLC A.K.A. Pax Wholesome Foods and Singh Shaminder ("Defendants") must answer, move against, or otherwise respond to the Complaint, is extended to and including June 30, 2008. It is further stipulated and agreed that Defendants waive the affirmative defense of defective service of process with respect to the Complaint.

|  |  |
|---|---|
|  | AKIN AND SMITH, LLC |
| Dated: June 16, 2008 | By: _____<br>Derek T. Smith<br>305 Broadway<br>Suite 1101<br>New York, NY 10007<br>(212) 587-0760<br>*Attorneys for Plaintiff* |
|  | PROSKAUER ROSE LLP |
| Dated: June 12, 2008 | By: _____<br>Neil H. Abramson<br>1585 Broadway<br>New York, New York 10036<br>(212) 969-3000<br>*Attorneys for Defendants* |

SO ORDERED this 20th
day of June, 2008

_____
THE HON. P. KEVIN CASTEL