PROSKAUER ROSE LLP
Neil H. Abramson
1585 Broadway, office 2002
New York, New York 10036
(212) 969-3001
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
MAYRA REGALADO by her father and natural :
guardian LUIS REGALADO,                  :
                                         :     08 Civ. 4522 (PKC) (KNF)
        Plaintiff,                       :
                                         :     **ECF CASE**
                                         :
        v.                               :
                                         :     **DEFENDANTS' 7.1 CORPORATE**
                                         :     **DISCLOSURE STATEMENT**
PAX VENTURES LLC A.K.A.                  :
PAX WHOLESOME FOODS, AND                 :
SINGH SHAMINDER individually,            :
                                         :
        Defendants.                      :
------------------------------------- X

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorneys of record for defendants Pax Ventures LLC and Singh Shaminder certify that Pax Ventures LLC has no parent corporation and that no publicly-held corporation owns ten percent (10%) or more of its stock.

Dated: New York, New York
      June 30, 2008

                                PROSKAUER ROSE LLP

                                By: _____
                                    Neil H. Abramson
                                1585 Broadway, office 2002
                                New York, New York 10036
                                (212) 969-3001
                                *Attorneys for Defendants*

                                email: nabramson@proskauer.com