PROSKAUER ROSE LLP
Neil H. Abramson
1585 Broadway, Room 2002
New York, New York 10036
(212) 969-3001
*Attorneys for Defendants*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
MAYRA REGALADO by her father and natural : 
guardian LUIS REGALADO,  :   08 Civ. 4522 (PKC) (KNF)
 :
   Plaintiff,  :   **ECF CASE**
 :
   against  :   **NOTICE OF APPEARANCE**
 :
PAX VENTURES LLC A.K.A.  :
PAX WHOLESOME FOODS, AND  :
SINGH SHAMINDER individually,  :
 :
   Defendants.
------------------------------------ X

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:**

Please enter my appearance as counsel in this case on behalf of the above-captioned defendants. I certify that I am admitted to practice in this Court.

Dated: New York, New York
      June 19, 2008

                                      PROSKAUER ROSE LLP

                                      By: _____
                                          Neil H. Abramson
                                      1585 Broadway, Room 2002
                                      New York, New York 10036
                                      (212) 969-3001
                                      *Attorneys for Defendants*