UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
            :
MAYRA REGALADO,
            :
        Plaintiff,
            :      ORDER
      -against-
            :      08 Civ. 4522 (PKC)(KNF)

PAX VENTURES, LLC, ET AL.,
            :
        Defendants.
------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

       IT IS HEREBY ORDERED that the Clerk of Court remove the incorrect PDF attached to Docket Entry No. 3, which is the 2007 IRS 1040 form of Neil H. Abramson, entered on June 20, 2008, in the above-captioned action. The correct PDF is attached to Docket Entry No. 9, which is the Notice of Appearance of Neil H. Abramson, entered on August 1, 2008.

Dated: New York, New York
       August 4, 2008

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE