


**PROSKAUER ROSE LLP**

1585 Broadway
New York, NY 10036-8299
Telephone 212.969.3000
Fax 212.969.2900

BOCA RATON
BOSTON
CHICAGO
LONDON
LOS ANGELES
NEW ORLEANS
NEWARK
PARIS
SÃO PAULO
WASHINGTON

Preston M. Strosnider
Attorney at Law

Direct Dial 212.969.3713
pstrosnider@proskauer.com

**MEMO ENDORSED**

August 12, 2008

**By Facsimile**

The Honorable Kevin N. Fox
Daniel Patrick Moynihan United States Courthouse
Southern District of New York
500 Pearl Street, Room 540
New York, NY 10007

Re: <u>Mayra Regalado v. Pax Ventures LLC a.k.a. Pax Wholesome Foods
and Singh Shaminder, 08 Civ. 4522 (PKC) (KNF)</u>

Dear Judge Fox:

We are writing regarding the settlement conference in the above-captioned action currently scheduled for Tuesday, November 25, 2008, at 10:30 a.m. The parties, by mutual consent, respectfully request that the settlement conference be rescheduled for Tuesday, September 30, 2007, at 10:30 a.m.

Respectfully submitted,

Preston M. Strosnider

cc: Derek T. Smith, Esq.
Neil H. Abramson, Esq.

8/18/08
Application granted.
SO ORDERED:
KEVIN NATHANIEL FOX, U.S.M.J.

** TOTAL PAGE.02 **